IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11CR0000153-004BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER ROBINSON, | ) | |

For good cause shown, and based on the Stipulation filed by the United States and the Defendant, Christopher Robinson, the United States' Motion for Amended Judgment is hereby GRANTED, and the Clerk is instructed to prepare an Amended Judgment in a Criminal Case, using the appropriate form approved by the Administrative Office of Courts.

The Amended Judgment shall provide for restitution in the total amount of $15,900.02, to be due and payable immediately, but jointly and severally with co-defendants Alan Johnson and Samuel Gaines. The Amended Judgment shall reflect that the restitution is to be paid to the following victims:

1. $1,890.00 to Eric Davis, 311 Lullwater Dr, Wilmington, NC 28401.

2. $607.00 to Dr. William Hope, Seahec University Physicians, 2221 S. 17th St., Wilmington, NC 28401.

3. $902.00 to Delaney Radiology, P.O. Box 63234, Charlotte, NC 28263.

4. $12,501.02 to New Hanover Regional Medical Center, 2131 S. 17th St., Wilmington, NC 28402.

   SO ORDERED this  29  day of  July , 2013.

   _____
   Terrence W. Boyle
   United States District Judge